**FILED**
March 12, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>STEVEN MASERA,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　) | Case No. 2:19-MJ-00042-DB-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVEN MASERA</u>, Case No. <u>2:19-MJ-00042-DB</u>, Charge <u>18 USC § 1962(d)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　__ Release on Personal Recognizance

　　　　✔ Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

　　　　　　✔ Unsecured Appearance Bond

　　　　　　__ Appearance Bond with 10% Deposit

　　　　　　__ Appearance Bond with Surety

　　　　　　__ Corporate Surety Bail Bond

　　　　　　✔ (Other)　　<u>With Pretrial Release Supervision and Conditions of</u>

　　　　　　　　　　　　　　<u>Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 12, 2019</u> at <u>2:30</u> pm.

By _____
　　　Deborah Barnes
　　　United States Magistrate Judge